# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
*Plaintiff,*

vs.

CRIMINAL NO. 19-647 (RAM)

GELLITZA ORTIZ-MARTINEZ,
*Defendants.*

## SHOW CAUSE MOTION

TO THE HONORABLE RAUL M. ARIAS-MARXUACH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW**, Isabel A. Mattina-Leal, attorney for the defendant and very respectfully states as follows:

1. On February 18th, 2020, this Honorable Court ordered the parties to file a joint status report by April 16th, 2021. (Document No. 168)

2. Undersigned counsel has reviewed the most recent discovery package, been in constant contact with Ms. Ortiz-Martinez and AUSA Camille Garcia-Jimenez regarding outstanding discovery, namely, cell phone extractions.

3. Undersigned takes very seriously her obligations with her clients and to the Court and does not take this matter lightly. Due to an oversight, undersigned did not inform the parties of her intention to join the informative motion filed on April 16th. Undersigned counsel respectfully apologizes for the mistake and will file a further informative motion by June 1st, 2021 as ordered by the Court. (Document No. 171).

**WHEREFORE**, the parties respectfully request that this Honorable Court takes notice of the above-mentioned information.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this 29th day of April, 2021.

> ERIC ALEXANDER VOS
>
> Chief Defender
> District of Puerto Rico
>
> *S/Isabel A. Mattina-Leal*
> Isabel A. Mattina-Leal
> Research and Writing Specialist
> USDC –PR #306805
> 241 F.D. Roosevelt Ave.
> San Juan, P.R. 00918-2441
> (787) 281-4922/ Fax (787) 281-4899
> E-mail: isabel_mattina@fd.org